485 F.2d 1238
 Robert E. WRIGHT, Sr., Plaintiff-Appellant,
v.
SOUTHWESTERN LIFE INSURANCE COMPANY, Defendant-Appellee.
 No. 73-2073 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Aug. 28, 1973.
Rehearing and Rehearing En Banc Denied March 12, 1974.
 
 Bobby L. Culpepper, William H. Baker, Jonesboro, La., for plaintiff-appellant.
 Solomon S. Goldman, New Orleans, La., James L. Walsh, Dallas, Tex., David I. Garrett, Jr., Monroe, La., for defendant-appellee.
 Before WISDOM, AINSWORTH and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. We adopt the opinion of the district court. Wright v. Southwestern Life Insurance Co., W.D.La., 1972, 364 F.Supp. 981.
 
 
 
 *
 Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I